# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Timothy Gipson,

    Debtor.

Case No. 18−30028
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on March 19, 2018 at 09:30 AM

to consider and act upon the following:

*14* − Objection to Confirmation of Plan filed by Paul J. Spina III on behalf of Bestway Rent−to−Own (RE: related document(s)2 Chapter 13 Plan filed by Debtor Timothy Gipson). (Attachments: # 1 Exhibit "A")(Spina, Paul)

Dated February 1, 2018

Juan−Carlos Guerrero
Clerk of Court