**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

TIMOTHY GIPSON
SSAN: XXX-XX-9148

Case No. 18-30028-WRS
Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on January 05, 2018.

2. The debtor(s) §341 Meeting of Creditors was held February 15, 2018.

3. The debtor(s) overall pay record is 50%.

**(X)** Debtor was to amend the schedules and the plan to accept or reject lease with Bestway Rental.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this March 21, 2018.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Jessica P. Trotman*
Jessica P. Trotman
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this March 21, 2018.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/*Jessica P. Trotman*
_____

Jessica P. Trotman
Staff Attorney