UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 18−30028
   Chapter 13
Timothy Gipson,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on April 30, 2018 at 09:00 AM

to consider and act upon the following:

*29* − Order Denying Confirmation And Dismissing Bankruptcy Case Entered On 4/6/2018(RE: related document(s)[17] Proceeding Memo filed by Trustee Sabrina L. McKinney, de#21 Trustee's Objection to Confirmation). (EW).

*31* − Motion to Set Aside Order Dismissing Case filed by Richard D. Shinbaum on behalf of Timothy Gipson (RE: related document(s)29 Order Denying Confirmation of Chapter 13 Plan, Order Dismissing Bankruptcy Case). (Shinbaum, Richard)

Dated April 13, 2018

Juan−Carlos Guerrero
Clerk of Court